ARGUMENT NOT YET SCHEDULED
IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
REH COMPANY, LLC                    )
    *Petitioner*,                    )
              v.              )
                                    ) No. 24-1311
UNITED STATES ENVIRONMENTAL         )
PROTECTION AGENCY,                  )
    *Respondent*.                   )
                                    )
_____)

## **STATUS REPORT**

Respondent U.S. Environmental Protection Agency ("EPA") respectfully submits this status report to apprise the Court of EPA's intended forthcoming new decision on Petitioner's request underlying the action challenged in this case.

1.    On September 24, 2024, REH Company, LLC filed this petition for review of EPA's denial of Sinclair Wyoming Refining Company LLC's petition for a small refinery exemption from its 2018 obligation under the Renewable Fuel Standard. *See* Doc. No. 2076886. REH has submitted its initial filings, including the docketing statement and statement of issues.

2.    On October 24, 2024, REH filed a consent motion to stay all deadlines and hold this case in abeyance to provide EPA with an opportunity to review and resolve a pending petition for reconsideration of the action at issue in this case. Doc. No. 2081830.

1

3. On November 4, 2024, the Court granted REH's motion and stayed all proceedings pending further order of the Court. Doc. No. 2083534. The Court also required the parties to file status reports every ninety days, beginning on February 3, 2025. *Id.*

4. On February 3, 2025, the parties filed a joint status report and, in light of the change in administration, requested that the next status report be due in 120 days. Doc. No. 2098177. The Court granted this request on February 13, 2025. Doc. No. 2100609.

5. On June 4, 2025, the parties jointly requested that this Court continue the abeyance for 90 days to provide EPA with additional time to evaluate the action under review in this case and to determine what action, if any, is necessary. Doc. No. 2119153. This Court granted the parties' request on June 5, 2025 and directed the parties to file a status report on September 3, 2025. Doc. No. 2119396.

6. The undersigned counsel has been advised that EPA has now developed a new approach for reviewing small refinery exemptions and that EPA's current intention is to issue decisions on the small refinery exemption petitions before it, as well as those that are in litigation, including the exemption petition underlying the denial in this case.

7. EPA will update the Court on any effect the anticipated new decisions may have on the present litigation.

Date: August 19, 2025

ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

*/s/ Jeffrey Hughes*
JEFFREY HUGHES
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 305-4598
jeffrey.hughes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing in all of the above-referenced cases using the Court's CM/ECF system. The participants in these cases are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

>*/s/ Jeffrey Hughes*
>Jeffrey Hughes